1

2

3

4

5

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7

8

9

10

11

12

13

14

| | |
|---|---|
| STEVEN SHAW, guardian ad litem for WILL RICHARDSON,<br><br>                              Plaintiff,<br><br>     vs.<br><br>SOUTHERN CROSS CARRIERS INC., a foreign corporation; ROBERT H. REMPEL and JANE DOE REMPEL, husband and wife,<br><br>                              Defendants. | NO:  2:20-CV-0166-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

15      BEFORE THE COURT is the parties' Stipulation of Dismissal (ECF No.

16  78).  The parties agree that this action be dismissed with prejudice as to all claims,

17  causes of action, and parties, arising out of Plaintiff's complaint filed with this

18  court in the above caption, with each party bearing that party's own attorney's fees

19  and costs.  This dismissal with prejudice does not act in any manner to prejudice

20  the right of plaintiff to any action pursuing all claims, causes of actions, and parties

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

required to pursue full compensation under the terms of the settlement agreement ECF No. 58-3 if such terms and compensation are not fully satisfied.

The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. This dismissal with prejudice does not act in any manner to prejudice the right of plaintiff to any action pursuing all claims, causes of actions, and parties required to pursue full compensation under the terms of the settlement agreement if such terms and compensation are not fully satisfied.

2. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED November 23, 2022.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2