AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 23, 2022

SEAN F. McAVOY, CLERK

STEVEN SHAW, guardian ad litem for WILL RICHARDSON,
*Plaintiff*

v.

SOUTHERN CROSS CARRIERS, a foreign corporation; ROBERT H. REMPEL, and JANE DOE REMPEL, husband and wife,
*Defendant*

Civil Action No.  2:20-CV-0166-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. This dismissal with prejudice does not act in any manner to prejudice the right of plaintiff to any action pursuing all claims, causes of actions, and parties required to pursue full compensation under the terms of the settlement agreement if such terms and compensation are not fully satisfied.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE

on the parties' Stipulation of Dismissal (ECF No. 78).

Date:  November 23, 2022

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry